

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00608-CV

**IN THE INTEREST OF J.M.S.** and A.S.A., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01788
Honorable Richard Garcia, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because she qualifies as indigent under TEX. R. APP. P. 20.

SIGNED February 13, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice